## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

LLOYD MCCLATCHEY, ET AL.

CIVIL ACTION

VERSUS

STATE FARM FIRE AND CASUALTY
CO.

NO. 22-00315-BAJ-SDJ

### JUDGMENT

Considering the parties' **Joint Motion And Order For Dismissal (Doc. 7)**, which the Court construes as a stipulation of dismissal signed by counsel for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

Baton Rouge, Louisiana, this 8th day of February, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**